The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JASMINE KAISER, an individual, | ) ) | Case No.: 2:15-CV-00842-RSM |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY** |
| v. | ) ) | |
| CSL PLASMA INC., a corporation, | ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER came on before the Court upon the parties' Stipulation of Dismissal With Prejudice and Without Costs to Any Party. Pursuant to that Stipulation, the above-captioned action shall be dismissed in its entirety, with prejudice, and without costs (including but not limited to any statutory costs, attorneys' fees, and/or disbursements) to any party.

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS TO ANY PARTY - 1
(CASE NO. 2:15-CV-000842-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206.693.7057 | Fax:206.693.7058

IT IS SO ORDERED.

DATED this 20 day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Bruce J. Douglas*
Bruce J. Douglas, MN #023966
(Pro Hac Vice)
bruce.douglas@ogletreedeakins.com
Stephanie J. Willing,
MN Bar No. 0393369 (Pro Hac Vice)
stephanie.willing@ogletreedeakins.com
Adam T. Panktraz, WSBA No. 50951
adam.panktraz@ogletreedeakins.com
**Attorneys for Defendant
CSL Plasma Inc.**

ORDER OF DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS TO ANY PARTY - 2
(CASE NO. 2:15-CV-000842-RSM)

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
800 Fifth Avenue, Suite 4100 | Seattle, WA 98104
Phone: 206.693.7057 | Fax:206.693.7058